# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jessica M. Brown, | Case No. 2:24-cv-00405-JAD-DJA |
| Plaintiff, | |
| v. | **Order** |
| Metro Police and Rape Investigators, | |
| Defendants. | |

Before the Court are Plaintiff's motions. (ECF Nos. 13, 14, 15, and 16). Plaintiff does not describe any actionable relief that she seeks from the Court or any legal basis for that relief. Instead, she appears to be describing aspects of her case. The Court thus denies her motions.

**IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 13, 14, 15, and 16), are **denied.**

DATED: May 1, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE